the Interurban Street Railroad Company, by George Niedermeier against Wendelin Spielman, by John Fowler against Solomon Schinasi, and by Moritz Berger against Nathan Glassheim. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.

MILLER, Respondent, v. FISHER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Henry Miller against Robert C. Fisher and another. W. C. Beecher, for appellants. J. H. Adams, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,600, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

SCOTT, J., dissents, and votes for reversal.

MILLS & GIBB, Inc., Respondent, v. STARIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Action by Mills & Gibb, Incorporated, against John H. Starin and another. No opinion. Order affirmed, with $10 costs and disbursements.

MITCHELL v. DUNMORE REALTY CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Donald Mitchell against the Dunmore Realty Company. No opinion. Motion denied.

MONAHAN v. WARD. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Jennie De G. Monahan against Louis De L. Ward. No opinion. Motion denied, without costs, with leave to renew on the decision of the motion at Special Term to open the default. Order filed.

MOORE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Frances Moore against the city of New York. T. Connoly, for appellant. E. P. Seelman, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents.

MORRIS, Appellant, v. BERNSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by John A. Morris against Louis Bernstein. A. J. Skinner, for appellant. C. Goldzier, for respondent. No opinion. Judgment modified, by striking therefrom the words "upon the merits," and, as so modified, affirmed, without costs. Order filed.

MORSE, Respondent, v. SWANSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Charles E. Morse against Charles E. Swanson and others. No opinion. The case

having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

MUELLER v. GOERLITZ. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Charles F. Mueller against Philip Goerlitz. No opinion. Motion granted, with $10 costs. Order filed.

NAGLE, Respondent, v. ROSENSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by William Nagle against William Rosenstein. No opinion. Judgment of the Municipal Court affirmed, with costs.

NATIONAL GUM & MICA CO. et al., Appellants, v. MacCORMACK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by the National Gum & Mica Company and others against William A. MacCormack and others. No opinion. Motion denied, with $10 costs. Order filed.

NEASE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Samuel Nease against the New York Central & Hudson River Railroad Company. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

NEIDLINGER, Respondent, v. ONWARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by George H. Neidlinger against the Onward Construction Company. No opinion. Motion denied.

NEIDLINGER, Respondent, v. STOKES, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by George H. Neidlinger against William E. D. Stokes. No opinion. Motion denied.

NEVILLE, Respondent, v. ABREW et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Michael K. Neville against Forrest G. Abrew and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

NEW JERSEY CO., Respondent, v. NATHANIEL WISE CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by the New Jersey Company against the Nathaniel Wise Company. J. T. Hackett, for appellant. Matson & Nichols, for respondent. No opinion. Judgment (55 Misc. Rep. 294, 105 N. Y. Supp. 231) affirmed, with costs. Order filed.

NEWMAN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme